UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 7:09- CV-154-KKC

IN RE:

ALMA ENERGY, LLC                                                                                         DEBTOR
_____

DETHERAGE PROPERTIES, LLC,                                                                  APPELLANT,

v.                                            **OPINION AND ORDER**

PHAEDRA SPRADLIN,
United States Trustee, et al.,                                                                          APPELLEES,

**** **** **** ****

This matter is before the Court on the Motion for Leave to Appeal (DE 1) filed by the appellant Detherage Properties, LLC.

This Court has jurisdiction to review final judgments, orders, and decrees of a bankruptcy court under 28 U.S.C. § 158(a)(1). In its motion, Detherage states the order from which it seeks to appeal approved a sale of all or substantially all of the debtor's assets. An order approving the sale of a debtor's assets is a final order. *In re Nashville Senior Living, LLC*, 407 B.R. 222, 225 (B.A.P. 6th Cir. 2009); *In re Quaker City Castings, Inc.*, 337 B.R. 729 at *1 (B.A.P. 6th Cir. 2005)(table decision)(citing *In re Sax*, 796 F.2d 994, 996 (7th Cir.1986)). There has been no objection to Detherage's motion.

Accordingly, the Court hereby ORDERS as follows:

1)      The Motion for Leave to Appeal is GRANTED; and

2)      The Clerk of the Court is DIRECTED to file the Bankruptcy Scheduling Notice in the record of this matter.

Dated this 4th day of February, 2010.



**Signed By:**

*Karen K. Caldwell*

**United States District Judge**